# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

NATHANIEL G. HANNAH,

    Plaintiff,

-vs-                                      Case No.  8:11-CV-1261-T-30MAP

LT. NORRIS, et al.,

    Defendants.
_____/

## ORDER

Plaintiff initiated this action by filing a Civil Rights Complaint (Complaint) (Dkt. 1) pursuant to 42 U.S.C. § 1983.  The Complaint alleges that Defendants sprayed him with chemicals in the barber shop and then punched and kicked him until his left eye was torn out of its socket.  After reviewing the Complaint, it appears that Plaintiff raises the same claims as those raised in his previously filed civil rights case in Case No. 3:11-cv-385-J-37JRK, which is pending in the Jacksonville Division of this Court. Since Plaintiff may pursue these claims in that case, this case will be dismissed without prejudice to Plaintiff's right to pursue the claims in Case No. 3:11-cv-385-J-37JRK.

    **ACCORDINGLY**, the Court **ORDERS** that:

    1.    This case is **DISMISSED** without prejudice to Plaintiff's right to pursue the claims in Case No. 3:11-cv-385-J-37JRK.

    2.    The Clerk shall terminate any pending motions and close this case.

**DONE** and **ORDERED** in Tampa, Florida on June 14, 2011.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy to: Plaintiff *pro se*